Kenneth Barnes, Christopher B. Farrar, Barnes Law Firm, Kansas City, KS, for Appellant.

Brent N. Coverdale, Charlie J. Harris, Jr., Julia D. Kitsmiller, Seyferth & Blumenthal, Kansas City, MO, for Appellee.

Before BYE, BOWMAN, and BENTON, Circuit Judges.

David L. Hering, Anamosa, IA, pro se.

John Robert Lundquist, Assistant Attorney General, Des Moines, IA, for Appellees.

Before BYE, BOWMAN, and BENTON, Circuit Judges.

PER CURIAM.

Iowa inmate David Hering appeals from the district court's [1] adverse judgment in his 42 U.S.C. § 1983 action. After de novo review, see Ramlet v. E.F. Johnson Co., 507 F.3d 1149, 1152 (8th Cir.2007); Allen v. Purkett, 5 F.3d 1151, 1153 (8th Cir.1993) (per curiam), we conclude the district court did not err in granting judgment in favor of appellees. We also conclude the court did not abuse its discretion in denying Hering leave to amend his complaint. See Roberson v. Hayti Police Dep't, 241 F.3d 992, 995 (8th Cir.2001). Accordingly, we affirm. See 8th Cir. R. 47B.

## David L. HERING, Appellant,

v.

## IOWA STATE PATROL; Trooper Robert Smith; Trooper Michael McVeigh, Appellees.

### No. 07–2036.

United States Court of Appeals, Eighth Circuit.

Submitted: Aug. 7, 2009.

Filed: Aug. 13, 2009.

1. The Honorable James E. Gritzner, United States District Judge for the Southern District of Iowa.